No. 02–330. WALLS, WARDEN v. WRIGHT. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 02–5019. POWELL v. TEXAS. Ct. Crim. App. Tex. Certiorari denied. JUSTICE BREYER would grant certiorari.

No. 02–6006. AHMED v. COCA COLA BOTTLING CO., INC., ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–9124. HAYES v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 535 U. S. 1084; and

No. 01–9207. CARRIO v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 535 U. S. 1101. Petitions for rehearing denied.

NOVEMBER 5, 2002

No. 02–6250 (02A345). COLBURN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.